198 So. 710

### Addie E. Howell PHILLIPS v. M. ZAVELLO.

### 7 Div. 640.

Supreme Court of Alabama.

Nov. 22, 1940.

Rutherford Lapsley, of Anniston, for appellant.

Gerard D. Reilly, Sol., and Irving J. Levy, Asst. Sol., both of Washington, D. C., and Jerome A. Cooper and Henry J. Mayfield, both of Birmingham, for Philip B. Fleming, Administrator, Wage and Hour Division, U. S. Dept. of Labor, amicus curiæ.

Merrill & Merrill, of Anniston, for appellee.

FOSTER, Justice.

The questions involved in this case are identical to those treated in John Forsyth v. Central Foundry Co., 198 So. 706,[1] this day decided, the two cases having been argued and submitted together; and upon that authority the judgment of the lower court is reversed and the cause remanded.

Reversed and remanded.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.

---

[1] Ante, p. 277.